JOSEPH F. McCORMICK, Appellant, *v.* THE CITY OF SYRACUSE, Respondent.

(Argued October 23, 1883 ; decided November 20, 1883.)

*Louis Marshall* for appellant.

*M. A. Knapp* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., not sitting.
Judgment affirmed.

---

WILLIAM H. KIMBALL, as Receiver, etc., Appellant, *v.* FRANCES ANN MYERS et al., Executors, etc., Respondents.

(Argued October 24, 1883 ; decided November 20, 1883.)

*McCartin & Williams* for appellant.

*Samuel Hand* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed and judgment absolute against appellant on stipulation.

---

HENRY R. DUNHAM, Appellant, *v.* JOSEPH CUDLIPP, Impleaded, etc., Respondent.

THIS case presented the same questions and was argued and decided with *Dunham* v. *Cudlipp* (*ante*, p. 129).